81,954-01

Cause No. #200-10    4-9-15  1:53 pm

Andrew Brown. TDCJ #1612077

COFField unit 2661 FM 2054 Tennessee Colony TX 75884

Thank you. Andrew Brown

Police Report And medical zamine Records
All on File

TOO: Court of Crimial Appeals Abel Acosta (clerk)

I Have got A Letter From gonzales county court
What My Attorney Forrest Penny Did Not show
me The medical Report That show That
Miss mason miller whent To gonzales Hospital
for Bruses on Her Face Then Told Officer
That she Been Sexar Asalted Then They
Took Her To san Antonio TX To get A
Zamine on miss Millier Doctor said That
There Was No Penertraion are No DNA
In Miss Millier In San Antonio Wher Miss
Millier Was Treated At A Lab for Sexal Asalt.
Case she was Broght There By 2 Detective
Doctors In The Treatment Lab Room for
Sexal Asalt Told The 2 Detective That
Ther was No signs of Miss Millier Being
Sexal Asalted But show millier Has Frachart
Left side of Her Face They Release Back

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

Miss Millier From San Antonio Hospital
To Be Back Home


The police Report


Waelder police Dpt Investigate Have enyone
seen eny Body come To Miss Millier House
① Family member Told waelder police No They Have
Not seen enyone I Have A Dog In My Backyard And
If He seen eny Body The Dog wold Bark Because
He Barks all Nite


② Family member Said No They Did not see enyone
But E Do know And rumurs That Miss Millier NONE
To Brain Stranger To Her House I Have seen
A Black mail pull up To miss Millier House in A Pickup
Truck cuples Times


The Waelder And gonzales county sheirFF Stated
That Ther was No signs OF enyone Breaking In
miss Milliers House No Finger prints No Shoe prints
Nothing From The victom. This Is All In The Police Report
That I could've Solve IF My Attoney Would Shold me
Miss Millier Was Never Sexal ASALted. There
Was No DNA oF me or eny Than ABout me
Please Look into This careFully TO Save my LiFe